MALCOLM TANDY LAMON STROUD E-86711
Name and Prisoner/Booking Number
RJDCF (RJ-Donovan Cor. Fac.)
Place of Confinement
480 ALTA Road
Mailing Address
San Diego, Ca. 92179
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

FILED

DEC 11 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

MALCOLM TANDY LAMON STROUD,
(Full Name of Plaintiff)          Plaintiff,

v.

(1)  TED PRUITT,
(Full Name of Defendant)
(2)  JACK SMITH,
(3)  NICK MALOY,
(4)  Prison Industry Authority (PIA),
              Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 1:17-CV-01659-BAM (PC)
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**
JURY TRIAL DEMANDED

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

RECEIVED

DEC 11 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
              DEPUTY CLERK

### A. JURISDICTION

1.  This Court has jurisdiction over this action pursuant to:
    ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
    ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
    ☐ Other: _____.

2.  Institution/city where violation occurred: SATF/CORCORAN.

## B. DEFENDANTS

1. Name of first Defendant: __TED PRUITT__ . The first Defendant is employed as:
__PIA WORK SUPERVISOR__ at __SATF STATE PRISON/Corcoran__ .
    (Position and Title)                                    (Institution)

2. Name of second Defendant: __JACK Smith__ . The second Defendant is employed as:
__PIA WORK Supervisor__ at __SATF STATE PRISON/CORCORAN__
    (Position and Title)                                    (Institution)

3. Name of third Defendant: __NICK MALOY__ . The third Defendant is employed as:
__PIA Superintendant II__ at __SATF STATE PRISON/CORCORAN__
    (Position and Title)                                    (Institution)

4. Name of fourth Defendant: __Prison Industry Authority__ . The fourth Defendant is employed as:
__CONTRACT WORKER__ at __Dept OF Cor. & ReHab.__
    (Position and Title)                                    (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?     ☐ Yes    ☑ No

2. If yes, how many lawsuits have you filed? _____.  Describe the previous lawsuits:

    a. First prior lawsuit:
        1. Parties: _____ v. _____
        2. Court and case number: _____ .
        3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
        _____

    b. Second prior lawsuit:
        1. Parties: _____ v. _____
        2. Court and case number: _____ .
        3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
        _____

    c. Third prior lawsuit:
        1. Parties: _____ v. _____
        2. Court and case number: _____ .
        3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
        _____

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

2

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: _8th Amendment_
_14th Amendment, Equal Protection of Law_.

2. **Claim I**. Identify the issue involved. Check **only one**. State additional issues in separate claims.

   ☐ Basic necessities  ☐ Mail  ☐ Access to the court  ☐ Medical care
   ☐ Disciplinary proceedings  ☐ Property  ☐ Exercise of religion  ☐ Retaliation
   ☐ Excessive force by an officer  ☐ Threat to safety  ☐ Other: _SEXUAL HARRASSMENT/PREA_

3. **Supporting Facts**. State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments. _"I Was Sexually Harrassed ON More Than ONE Occasion By My Boss PIA- Work Supervisor Ted Pruitt ON The Job At Prison Industry Authority (PIA) SATF- STATE PRISON Corcoran CA. I Was Also Sexual Assaulted ON More Than ONE Occasion BY Ted Pruitt. I Was Considered To Be An Openly GAY/Homosexual Flambovant INMate At The Time OF These Incidents" I Currently Identify AS A Transgender Person And I Have Been Diagnosed AS Having Gender Dysphoria! I Started Working IN PIA Approximately IN FEB or Early March 2014. Ted Pruitt Was My Boss. ON More Than ONE Occassion He Would Wink At Me And Purposely Stroke my Hand When He Would Pass Out I'D's At The End OF Our Work Day. At First I Thought It Was Flattering until some of The other Girls (Openly GAY and/or Transgender INMates) TOLd me To Watch "Ted He's A Little Touchy Feely, SO Dont Get Caught up" I Continued To Do my Job By Being Polite And Doing AS I Was Instructed. I Was._

4. **Injury**. State how you were injured by the actions or inactions of the Defendant(s). _I Now Require Phych meds For Depression & Anxiety. I Have High Blood Pressure Now Due To Stress. I am Afraid To Be Alone With staff, Officers And Inmates. I Am Afraid To Continue Hormone Therapy, I Feel Dirty, I Suffer Post Dramatic Stress, I Loss Wages_.

5. **Administrative Remedies:**

   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No

   b. Did you submit a request for administrative relief on Claim I?  ☒ Yes  ☐ No

   c. Did you appeal your request for relief on Claim I to the highest level?  ☒ Yes  ☐ No

   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

## CLAIM II

1. State the constitutional or other federal civil right that was violated: _____
_____.

2. **Claim II.** Identify the issue involved. Check **only one.** State additional issues in separate claims.
   - ☐ Basic necessities  ☐ Mail  ☐ Access to the court  ☐ Medical care
   - ☐ Disciplinary proceedings  ☐ Property  ☐ Exercise of religion  ☐ Retaliation
   - ☐ Excessive force by an officer  ☐ Threat to safety  ☐ Other: _____.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

_____
_____
_____

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☐ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim II?  ☐ Yes  ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level?  ☐ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_____

4

**CLAIM III**

1.  State the constitutional or other federal civil right that was violated: _____
_____.

2.  **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.

☐ Basic necessities     ☐ Mail     ☐ Access to the court     ☐ Medical care
☐ Disciplinary proceedings     ☐ Property     ☐ Exercise of religion     ☐ Retaliation
☐ Excessive force by an officer     ☐ Threat to safety ☐ Other: _____.

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____.

4.  **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

_____
_____
_____.

5.  **Administrative Remedies.**

a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?     ☐ Yes    ☐ No

b.  Did you submit a request for administrative relief on Claim III?     ☐ Yes    ☐ No

c.  Did you appeal your request for relief on Claim III to the highest level?     ☐ Yes    ☐ No

d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_____.

**If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.**

## CLAIM I CONTINUED

Given Raises According To My Work Performance I Was Promoted To Clerk Around Feb-Mar 2015 By The Inmate Assignment Lieutenant Due To My Experience As A Clerk, Skill Level And Knowledge of Computers. Ted Pruitt Was No Longer Working In The Shop. He Was Out On Leave And Was Said He Was Unlikely To Come Back. I Accepted The Clerk's Position. Jack Smith Was A New Hire To The Shop And Was Said To Be Taking Over Ted's Spot. When I Was Hired And Showed Him My New Work Assignment Ducat He Responded With "I Guess The Assignment Office Got It Right, By Killing Two (2) Birds With One Stone, Since You Are Black And Gay" I Said "If That's A Joke, I'm Not Laughing, I Don't Appreciate Being Degraded Or BeLittled Due To My Race Or Sexuality, I Earned This Position Because I'm Most Qualified And It's All About Equal Opportunity of Employ/ment These Days" He Made This Comment In Front Of Several Inmates; Markham, J-52408; Garcia, H-82991; Crenshaw D-30734; Farrell, F-18316; Davis, E-92863 As Well As

Page — 5-A

Claim I Continued

J. BARKUS, PIA Work Supervisor, N. MALLOY PIA Superintendant II Who Is And Defendant Number Three (3) In This Claim, Correctional Officer RADLIF, Correctional Officer DAVIS. He (JACK Smith) WAS TALKING To ALL OF US, But Was Directing His Sarcasim And DisDain At Me. JACK Smith Continued To MAKE RUDE, Degrading And Deroga= Tory Statements And Comments Towards me CALLING Me FAGOT, Queer, Homo. He Would Also Say "Don't Drop The Soap, Oh, It's Too Late You Already Dropped It" When The Shop WOULD PACK Hoagie BUNS, He Would ASK Me "How maNY Could I Keester (Put In my ASS) or Put In my mouth" There Are Countless Times He WOULD Say Something Hurtful And Disrespectful. ON One OCCASSION When He Was maKing FuN OF me IN Front of The Other IN - mates, My EYES Swelled up With Tears And I was Ready To Cry And He SayS "Now He's Acting Like A Little Bitch, A Grown ASS maN IN prison" I RaN To The Bathroom Where I Could Cry Without Ridicule.

PAGE. 5 - B      -
CLAIM I Continued

Claim I Continued

TED Pruitt Returned Approximately In May 2015 To His Regular Position As PIA WORK Supervisor. He Was Senior Over Jack Smith And Became My Direct Boss. I Was Clerk For Billing The Most Important Job In The Shop. Upon Learning I Was Now A Clerk He Gave Me A Squeeze On My Shoulder With A Sheepish Grin And Said "It'll Be Fun Working With Ya" I Felt Extremely Uncomfortable And Fearful Of What Was In Store For Me Because Of How He Said This To Me And The Look In His Eyes. As The Days Turned Into Weeks It Seemed Like Years Of Abuse, Due To His Sexual Advancements, Sexual Innuendos, Inappropriate Comments or Unwanted Touching. On More Than One Occasion He Would Lean Over Me While I Was At My Desk In Front Of The Computer And Point Something Out On The Screen Only As An Excuse To Press Up Against My Back

Page 5-C -
Claim I Continued

# Claim I Continued

With an Erection. Every Single Day It Was
Filled With Unwanted Sexual Inuendor or
Comments. Often Times He Would Call me
Into The Office [Shared By J. Smith, J. Barkus
and N. Maloy] To Give me Some Type Of Paper-
Work To Which He'd Hold It In His Hand
Down In His Lap or At His Crouch Area and
Force me To Grab It. Sometime In June - July
2015 There Was A Tele-Conference Call Between
N. Maloy, J. Barkus, T. Pruitt, J. Smith, myself
and Pia Computer Programmer For Erpix In Sac-
Ramento, Ca. They Had Installed A New Function
In The Program and Being I Am A Fast Learner
and Was Very Knowledgable of Erpix and It's
Functions I Was Requested By Ted Pruitt To
Teach Him Everything I Know So Now I Was
Required To Do Billing Every Day Plus Spend
Countless Hours With Him. Directly. Teaching

Page **5 - D**

Claim I Continued

## Claim I Continued

Him. It Took Approximently 8 Weeks To Properly Train Him. The Harrassment And Abuse Went On And On. He Became More And More Embolden. On More Than One Occasion He Would Put His Hand over my Hand As I Was Using The mouse At His Desk. I Had To Sit Next To Him EveryDay Approximently Four-To Six Inches Away. He Would Tell me There's Nothing Wrong With Being Gay And I Should'nt Be Afraid. He Also Implied On More Than One Occasion To Give Him A Blow Job (Oral Sex) He Would Say I Could Be Under His Desk And NoBody Would See A Thing. This Was A ContTinual ReQuest EveryDay He Would make Some Kind OF Unwanted Sexual ADvancement Towards me, Sexual Inuendo, Sexual Comment or Inappropriate Touching OF My Body. This Behavior ConTinued Up UnTil The Day I Actually Quit. December 8, 2015.

Page-5-E

CLAIM I Continued

# CLAIM I Continued

ON 9/3/15, I WAS Allowed To Leave Work By J. Smith IN Order To See my Counselor Who's Office Was Located IN The Gym oN my YArd oN Facility D, SATF/STATE PRison. This Was Common Practice For ALL Inmates Who Worked IN PIA Since Our Work Hours Conflicited With opportunity To See ONes Counselor. MY Counselor Held open Line To See Him BETween 0900 hrs To 1400 hrs. oN THursDAys ONly. I Left Work At Approximately 0900 hrs. It TAkes 15-20 minutes To Be processed Through The Work Ex-Change STrip Search ArcA With Walk Through meTaL Detector. SomeTimes This process TAkes Even Longer Depending on How many people Are IN Line. plus You must ReTurn The SAme WAy Except You ONLy Have To Empty ALL your pockets ANd Walk Through The Metal Detector, So It's Faster But STiLL TAkes up Time. I WAS ON The Yard By Approximately 0930 hrs I Went Straight To The Gym Where my Counselor's

Page-5-F
CLAim I CONTiNued

# Claim I Continued

Office Was Located. The Door Was Locked Because There Was Already Another Inmate In There With Him. Also, There Was Two More Inmates Sitting On The Benches Outside The Gym Waiting To See The Counselor. As Well. I Told The Last Guy I Was Next And Stood Under D-Yard Observation Booth Which Sat On Top Of The Gym Building. I Began Talking To Some Of The Other Girls (Transgender Inmates) C/o Hand D-Yard Observation Officer Asked Me What Was I Doing On The Yard Since Bldg. 4 Where I Was Housed Was Not Allowed Yard On That Particular Day. I Explained To Him That I Was At Work And My Boss Let Me Out To See My Counselor, Just Call Him And Ask. I Then Told Him That My Counselor Was In The Gym Not In The Building And To Please Call Him To See If It Was Open-Line. Approximately 15 minutes Later He Announced On The Loud Speaker For Me To Report Back To Work. I Asked Him Why. He Said "Just

Page -5-G
Claim I Continued

Claim I Continued

Take your Fucking Ass! Back To Work" · I
Went Immediately Back To Work. Jack Smith
Was Waiting On Me And He Began To Interrogate
Me About What Was I Doing. I Told Him Nothing
But Talking To Some Friends In Front Of The Gym
While I Was Waiting To See my Counselor. He Said
"Bull shit, you was Out There Pussy Footin' Around
With Fags, So You're Done For The Day, You've Been
CTQ'D (Confind To Quarters) I Said, "That's Unfair And
Discrimination. You Allowed Me Out To Go See my
Counselor It Has'nt Even Been An Hour Since  I
Left So How Am I Pussy Footin' Around!" He Told
Me To Leave Take It up With C/o Hood. I  Said
Who's The One CTQing me? He Said "I Am" So  I
Said I'll Take It up With you. I Gathered up
my Things, Turned off my Computer And Went
Back To my Housing Unit. Where C/o Naismith

Page 5 - H  -

Claim I Continued

## Claim I Continued

Bldg. 4 Control Booth Officer Told me To Lock It Straight Up. I Was CTQ'D And Done For The Day. I Said Can I At Least Get My Workers Shower? He Said Yes, Lock it up For Now And I Will Let you out Later. He Never Let me Out. The Next Day At Work I Was Told By Several Inmates Including my Fellow Co-Worker Clerks Inmate Garcia, H-82991 And Marham, J- 52408 That Jack Smith Reduced my Pay. I Went To The Office To Confront Him About This. He Was Gone On Vacation For 9 Days. I Confronted Ted Pruitt About My Pay He Said He Had Nothing To Do With It, But If I Was A Teamplayer He Could Help me out. He Was Again Trying To Cohence me Into Sexual Favors. I Said I Done Nothing Wrong So Why Am I Being Docked my Pay. He Told me To Take It up with Him Jack And Again Made An Unwanted Advance Towards

Page - 5 - I
Claim I Continued

# Claim I Continued

Me. I Declined And Went Into N. Maloy OFFice Where I Explained To Him What Happened And How I Was Being Discriminated Against Due To My Sexual Orientation. I Also Expressed My Concerns About Harrassment Towards The Girls (Transgender/Gay Inmates). I Was Afraid To Mention The Sexual Harrassment I Was Suffering At The Time Regarding Ted Pruitt, However, I Did Mention The Discrimination I Witnessed Against Inmate Jimenez, T-86486 An Openly Gay Person Who Was Forced Out The Shop. As Well As The Sexual Harrassment Claim Against J. Barkus By Transgender Inmate DeLany, J-99209 He Was Aware OF These Things And Told Me They Was Being Taken Care OF. Inmate DeLany, J-99209 Was A Clerk Before Me And Forced To Quit, So N. Maloy Was Aware OF Sexual Harrassment In

Page 5-J-
Claim I Continued

## Claim I Continued

The Shop. He TOLD me JACK Smith Was IN Charge Of our Pay And I Needed To ADDress Him About It. I DID ON A' INmate Request For Interview Form IN Hopes Of Him Putting The Reasons IN Writing, But To NO AVAIL, IN Fact When He ReTurNed From His Vacation He Specificlly Said "I Used To Work IN The Law Library At Pleasant Valley, The One Thing I Learned Was To Never Put Anything IN Writing, Especially When AN INmate Is Accusing You OF Something" I ToLD Him What He DID Amounted To Discrim- INation It Was Wrong And UNfair. He Said I Should'Nt Have Been Hanging out With Fags. I Said That's Disrespectful And Harrassment. He ToLD me To Leave The OFFice. Ted Pruitt Ended up Giving me A Raise IN AN Attempt To Intice me with To Perform Sexual Favors. I Continued To Decline His AD-

Page - 5 - K

Claim I Continued

<u>Claim I Continued</u>

Vances. He Continued To Be Persistent And More And More Aggressive Towards me. Telling me I Owe Him Since He Spoke Up For me Not To Be Fired And Got me The Pay Increase. Jack Smith Tried To Fire me Every Chance He Could Because I Told Him He Was A Homophobic And Rasist Since All Of His Hires Were Skinheads And Or White Supremisit. He Claimed To Have Found Gay Porn And Fantasy Football material In my Work Area Around Nov. 2015. He Used This As An Excuse To Again Decrease my Pay [He Gave my pay Number To A Known White Supremist Charles Davis E-   ] Ted Pruitt Agreed To Reduce my Pay Since I Refused His Advancements However, I Was Still Retained As Clerk. my Job Responsibilites Never Changed, Neither Did My Direct Interaction With Ted Pruitt

Page 5 - L -

Claim I Continued

# Claim I Continued

I Tried To Get A Job Change on more Than one occasion But Was Refused. I Tried To Change Jobs In The Shop And Go Back To my old Job But was Also Refused Ted Pruitt would not Let me move To any Other Job position In The Shop And Would Not Allow me To move out of The Shop. I Was Stuck under His power And His Control. He Would often Tell me He Was Friends With Lots of C/O's Including The Warden Himself And He could make Anything Happen. On or Around Nov. 25, 2015 Ted Pruitt Begin To Search me A pat Down Telling me He was Checking For Contraband. I Told Him I must Go Through The Strip Shake Where we Are Required To Get Naked And Walk Through A metal Detector As our Clothing Is Completely Searched

Page -5- M
Claim I Continued

## Claim I Continued

Therefore There Was No Need To Search me.
He Continued To Search me Despite my object-
ions Becoming More And More Aggressive With
Each Pat Down. Touching And gropping me, He
Searched me On Nov. 30, 2015, Dec. 1, 2015 Dec. 2
2015, Dec. 3, 2015, Dec 4, 2015 Never Finding Any
Contraband (Cookies From The Shop) Finally When He
Requested I Remove my shirt On Dec. 8, 2015 I
Refused And Reported Him To The PIA Custody
Officers C/o Padilla, C/o Davis And C/o Radcliff Be-
Cause He Told me I Was Receiving A RVR-115 For
Refusing A Direct Order For Not Allowing Him
To Search me Any More. Jack Smith Was Also
Present During This Incident 12/8/15 And Said
I Was Wrong And He (They) Had A Right To
Search me. I Still Refused And Went To The
PIA Strip Shack Where I Reported That Ted

Page 5 - N -
Claim I Continued

## Claim I Continued

Pruitt Was A pervert And I Would Never Work For Him Again. Ted Pruitt Followed Behind Me And ALL Three officers Told Him He should not Be Searching me. He Again Claimed I Had something And Stood And watched me Get Stripped Scarched BY C/o PADDILLA. I Had Nothing. I Received A RVR 115 For Refusing A Direct order And I Was Found Guilty of It BY One of Ted Pruitt's Friends Lieutenant K. Curtiss. The Next Day Dec. 9, 2015 I Refused To Go To Work. C/o Nesmith Bldg. 4 Control Booth Officer Asked me Why I Was Not Going To Work And I Told Him Ted Pruitt Was A Pervert And I Will Never Work IN PIA Again. Approximately 15 minutes Later He opened My Door And Told me Ted Pruitt Wanted To Talk To me. C/o Nasmith Is Also A Friend OF Ted Pruitt. I Reported To The Strip Shack Where I Requested C/o Officer Radcliff And C/o Davis To

Page - 5 - O

CLAIM I CONTINUED

## Claims I Continued

Escort me To Speak With Ted Pruitt Because
I Was Afraid And Did Not Trust Him And ~~Wanted~~ Won't
To Be Alone With Him. They Escorted me To The
PIA Supervisor Office Where I Spoke To Ted Pruitt
In Front of Both officers. I Asked Him Why Was
He Calling For Me When I Told Him YesterDay I
Will Never Work IN Here Again Because You're
A Pervert. You Discriminate Against Me And You
Harrass me. He Denied Everything Including
Calling For me. He Wrote me A RVR 115 For Refuse
To Work Although The First Disciplinary Action
Is Supposed To Be AN A-Day or A Verbal Warning
I Was Yet Again Found Guility of The RVR 115 BY
Lieutenant K. Curtiss. During The Months OF Harr-
Assment I Confided IN My Family, My Phych And
Co-Workers Inmate Markham J-52408 And Garcia
H-82991. Inmate MARKHam Told me I Needed To
Report Him And Encourged me To Do So BY Going

PAge 5 - P -
CLAIM I Continued

## CLAIM I Continued

To C/o RADCliff on my Behalf Regarding What I Should Do. C/o RADCliff Told me That I Needed To Come Forward IF I Want Something Done And To Prevent It From Happening To Others. On or Around Dec. 9th 2015 I Spoke To my phsch About Everything. He Then Told my Counselor who Was A New Counselor To my CASE LOAD Now Located In my Housing Unit Bldg # 4. She Called me To The Office Her NAME IS Ms. HernANDez I Had never met Her or Had Her AS A Counselor Before, She Says "Really A Big Boy Like You, Being Sexually Harrassed By Free Staff! I Find That Hard To Believe" C/o NAsmith Bldg. 4 control Booth Officer WAS Listening In on The Conversation. I Said "It's Because of You, people Like me Are Afraid To Come forward And You Allow Predators To Prey on The Innoceent" She Says "Nobody's In prison IS Innoceent" I Said Are You Done? And Got up And Returned To my Cell. Approximately 10 minutes Later I WAS Let out And Told By C/o NAsmith To Report To The Program Office To

Page - 5 - Q

CLAIM I Continued

## CLAIM I CONTINUED

Lieutenant Iverson. As I Exited The Bldg.
C/o Nasmith Came To The Back Window And Said
"You're Damn Liar, TEA Ain't Harrassed You" I Asked
How'd You Know, He Replied I've Known Him For
Years And He Would'nt Do No Shit Like That. I Said
You'd Be Surprised With What Some Would Do Behind
Closed Doors Or When They Felt They Could Get Away
With It. I Reported To The Program Office Where
I Was Interrorgated By Lt. Iverson. However, He
Did Do A PREA (Prison Rape Eliminate Act) Assement
And Told Me I No Longer Had To Go To Work.
Prison Industry Authority (PIA) Failed To Provide
Adequate Trainning And Neglected To provide A Safe
Work Enviornment. PIA Is An Entity Of It's Own
Independent Of The State Of California And Is Employed
As A Contractor

Page 5-R-
Claim I Continued

## E. REQUEST FOR RELIEF

State the relief you are seeking: I Sue Ted Pruitt In His Individual And Official Capacity For $50,000; I Sue Jack Smith In His Individual and Official Capacity For $25,000; I Sue Nick Maloy In His Individual And Official Capacity For $25,000. I Sue Prison Industry Authority (PIA) As It's Own And Sperate Entity For $100,000. I Request For A Jury Trial And For Punative and Compinsatory Damages of A Total of $200,000. Also I Request Any Relief The Court Deems Necessary. Plaintiff Is Layperson And Request Court Appointed Counsel

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _Nov. 28, 2017_
DATE

_____
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
_____
_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.