1

2

3

4

5

6

7

8

9                    UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

11

12   MALCOLM TANDY LAMON STROUD,          Case No.: 1:17-cv-01659 BAM (PC)

13              Plaintiff,
                                          ORDER TO SUBMIT APPLICATION
14        v.                              TO PROCEED IN FORMA PAUPERIS FOR
                                          A PRISONER, OR PAY FILING FEE
15   TED PRUITT, et al,                   **WITHIN 45 DAYS**

16              Defendants.

17

18        Plaintiff Malcom Tandy Lamon Stroud is a state prisoner proceeding pro se in a civil

19   rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed a complaint commencing this action on

20   December 11, 2017. (ECF No. 1.)

21        Plaintiff has not paid the $400.00 filing fee, or submitted an application to proceed in

22   forma pauperis pursuant to 28 U.S.C. § 1915.

23        Accordingly, IT IS HEREBY ORDERED that:

24        1.      The Clerk of the Court shall send to Plaintiff an application to proceed in forma

25   pauperis for a prisoner;

26        2.      Within forty-five (45) days of the date of service of this order, Plaintiff shall

27   submit the attached application to proceed in forma pauperis, completed and signed, or in the

28   alternative, pay the $400.00 filing fee for this action;

                                          1

3.      **No requests for extension will be granted without a showing of good cause**.
**Failure to comply with this order will result in a recommendation to dismiss this action**.

IT IS SO ORDERED.

Dated:    **December 14, 2017**            /s/ *Barbara A. McAuliffe*            _
                                          UNITED STATES MAGISTRATE JUDGE