1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

9

### EASTERN DISTRICT OF CALIFORNIA

10

11

12

13

14

15

16

| | |
|---|---|
| MALCOLM TANDY LAMON STROUD, | Case No.  1:17-cv-01659-JLT-BAM (PC) |
| Plaintiff, | ORDER GRANTING DEFENDANTS' SECOND MOTION TO MODIFY SCHEDULING ORDER |
| v. | (ECF No. 56) |
| TED PRUITT, *et al.*, | Discovery Deadline: **August 31, 2024** |
| Defendants. | Dispositive Motion Deadline: **October 25, 2024** |

17        Plaintiff Malcolm Tandy Lamon Stroud, aka Treasure Stroud, ("Plaintiff") is a state

18   prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C.

19   § 1983.  This action proceeds on Plaintiff's first amended complaint against Defendant Pruitt for

20   sexual abuse in violation of the Eighth Amendment and against Defendants Pruitt and Smith for

21   discrimination in violation of the Equal Protection Clause of the Fourteenth Amendment.

22        Pursuant to the Court's June 4, 2024 order granting Defendants' motion to modify

23   scheduling order, the deadline for completion of discovery is July 19, 2024, and the deadline for

24   filing all dispositive motions (including any second motion for summary judgment related to the

25   availability of administrative remedies) is September 27, 2024.  (ECF No. 55.)

26        Currently before the Court is Defendants' second motion to extend the discovery and

27   substantive motions deadlines, filed July 9, 2024.  (ECF No. 56.)  Defendants state that good

28   cause exists for the request because despite exercising due diligence, Defendants are unable to

1

1  notice and take Plaintiff's deposition, which was previously scheduled and noticed for July 10,

2  2024.  On July 8, 2024, counsel for Defendants was ordered to appear in court, in person, in the

3  matter of *Coleman v. Newsom*, Case No. 2:90-cv-0520-KJM-DB, in the United States District

4  Court for the Eastern District of California, Sacramento Division, on July 10, 2024.  Due to the

5  prison's availability and defense counsel's previously-set travel plans, the next available date to

6  depose Plaintiff is August 19, 2024.  Defendants need to depose Plaintiff in order to defend this

7  case and have re-noticed and served an amended notice of deposition on Plaintiff for August 19,

8  2024.  A deposition is necessary to determine whether a substantive summary judgment motion is

9  appropriate, or to defend this case at trial if a motion for summary judgment is not appropriate or

10  successful.  Defendants therefore request that the Court extend the deadline to complete discovery

11  until August 31, 2024.  Defendants further request that the dispositive motion deadline be

12  extended until October 25, 2024.  (*Id.*)

13        Plaintiff has not yet had an opportunity to file a response, but the Court finds a response is

14  unnecessary.  The motion is deemed submitted.  Local Rule 230(l).

15        Having considered the request, the Court finds good cause to grant the requested

16  modification of the scheduling order.  Fed. R. Civ. P. 16(b)(4).  Defendants are unable to meet the

17  current deadline for taking Plaintiff's deposition, due to a required court appearance and the

18  unavailability of Plaintiff's institution and defense counsel.  Defendants were diligent in

19  attempting to take Plaintiff's deposition before the extended discovery deadline, and the Court

20  finds that Plaintiff will not be prejudiced by the extension granted here.

21        Accordingly, IT IS HEREBY ORDERED that:

22  1.  Defendants' second motion to modify the scheduling order, (ECF No. 56), is GRANTED,

23        as follows:

24        a.  The deadline for completion of discovery, for the limited purpose of allowing

25            Defendants to take Plaintiff's deposition, is extended from July 19, 2024 to

26            **August 31, 2024**; and

27        b.  The deadline for filing all dispositive motions (including any second motion for

28            summary judgment related to the availability of administrative remedies) is

extended from September 27, 2024 to **October 25, 2024**; and

2. **A request for an extension of a deadline set in this order must be filed on or before the expiration of the deadline in question and will only be granted on a showing of good cause**.

IT IS SO ORDERED.

Dated:   **July 10, 2024**                          /s/ *Barbara A. McAuliffe*

UNITED STATES MAGISTRATE JUDGE

3